03/13/2014 07:33:26pm

B6A (Official Form 6A) (12/07)

In re  **John A Doyle**                                    Case No. _____

                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 324 WoodBourne Ave | Conventional Real Estate | - | $200,986.00 | $256,157.00 |
| | | Total: | **$200,986.00** | |

(Report also on Summary of Schedules)

03/13/2014 07:33:27pm

B6B (Official Form 6B) (12/07)

In re  **John A Doyle**

Case No. _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other finan-cial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and home-stead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public util-ities, telephone companies, land-lords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Living Room, Couch 75.00, Chair 75.00, Grandfather Clock, 60.00, Entertainment Center $75.00, End Tables $85.00, End Table Lamps $60.00, Coffee Table $45.00, Receiver (2001) $50.00, DVD Player(2003) $25.00, Speakers (1992) $80.00, Sharp TV 42" (2008) $85.00, Brass sale boat on Mantle $5.00, Candles$4.00, Small Table $15.00 Basket$2.00. | - | $666.00 |
| | | Closet: Berreta Shotgun $500.00 Silver Tray | - | $575.00 |
| | | Dining Room: Table and Chairs $100.00 Cabinet 1 $65.00 Cabinet 2 $75.00 China Set $70.00 | - | $310.00 |
| | | Kitchen: Toaster: 15.00 Juicer 100.00 dishes 15.00 glasses:10.00 utensils:3.00 | - | $143.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re   **John A Doyle**                                        Case No.   _____
                                                                              (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Master Bedroom:<br>Bedroom Set: $600.00<br>Camera:$85.00<br>Lamp:$10.00<br>Night Lamp: $5.00<br>Dresser Lamps: $20.00 | - | $720.00 |
| | | Guest Room<br>Dresser: $60.00<br>Ironing Board: $3.00<br>Lamps: $5.00<br>Nightstand:$10.00 | - | $78.00 |
| | | Basement:<br>Washer/Dryer $125.00<br>Hammer Drill $65.00<br>Compressor:$110.00<br>Nail Gun Finishing $60.00<br>Nail Gun Staple$30.00<br>Nail Gun Small Nails:$30.00<br>Framing Nail Gun $60.00<br>Bookcase:$10.00<br>Saw Horses:$20.00<br>Socket set $20.00 | - | $530.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John A Doyle**                                          Case No. _____
                                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | Pension | - | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **John A Doyle**                                    Case No.  _____
                                                                                   (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

03/13/2014 07:33:27pm

B6B (Official Form 6B) (12/07) -- Cont.

In re   **John A Doyle**                                                      Case No.  _____
                                                                                                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | Vehicle | - | $18,284.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached     **Total >**     $21,306.00

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **John A Doyle**

Case No. _____
              (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)

☐ 11 U.S.C. § 522(b)(2)

☑ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $155,675.*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Living Room, Couch 75.00, Chair 75.00, Grandfather Clock, 60.00, Entertainment Center $75.00, End Tables $85.00, End Table Lamps $60.00, Coffee Table $45.00, Receiver (2001) $50.00, DVD Player(2003) $25.00, Speakers (1992) $80.00, Sharp TV 42"  (2008) $85.00, Brass sale boat on Mantle $5.00, Candles$4.00, Small Table $15.00 Basket$2.00. | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | $666.00 | $666.00 |
| Closet: Berreta Shotgun $500.00 Silver Tray | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | $575.00 | $575.00 |
| Dining Room: Table and Chairs $100.00 Cabinet 1 $65.00 Cabinet 2 $75.00 China Set $70.00 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | $310.00 | $310.00 |
| Kitchen: Toaster: 15.00 Juicer 100.00 dishes 15.00 glasses:10.00 utensils:3.00 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4) | $143.00 | $143.00 |
| Master Bedroom: Bedroom Set: $600.00 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | $720.00 | $720.00 |
| * Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced  on or after the date of adjustment. | | **$2,414.00** | **$2,414.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **John A Doyle**                                    Case No. _____
                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Camera:$85.00<br>Lamp:$10.00<br>Night Lamp: $5.00<br>Dresser Lamps: $20.00<br><br>Guest Room<br>Dresser: $60.00<br>Ironing Board: $3.00<br>Lamps: $5.00<br>Nightstand:$10.00 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | $78.00 | $78.00 |
| Basement:<br>Washer/Dryer $125.00<br>Hammer Drill $65.00<br>Compressor:$110.00<br>Nail Gun Finishing $60.00<br>Nail Gun Staple$30.00<br>Nail Gun Small Nails:$30.00<br>Framing Nail Gun $60.00<br>Bookcase:$10.00<br>Saw Horses:$20.00<br>Socket set $20.00 | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5) | $530.00 | $530.00 |
| Pension | Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) | Unknown | Unknown |
| Vehicle | Md. Code Ann., Cts. & Jud. Proc. § 11-504(f)(1)(i) | $0.00 | $18,284.00 |
| | | **$3,022.00** | **$21,306.00** |

03/13/2014 07:33:29pm

B6D (Official Form 6D) (12/07)

In re  **John A Doyle**

Case No. _____
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxx1801<br><br>**Ally Financial**<br>**200 Renaissance Ctr**<br>**Detroit, MI 48243** | | - | DATE INCURRED:  **10/2012**<br>NATURE OF LIEN:<br>**Automobile**<br>COLLATERAL:<br>**Vehicle**<br>REMARKS:<br><br><br>VALUE:            **$18,284.00** | | | | **$26,706.00** | **$8,422.00** |
| ACCT #: xxxxxxxxx1198<br><br>**M & T Bank**<br>**Attn: Bankruptcy**<br>**1100 Wehrle Dr  2nd Floor**<br>**Williamsville, NY 14221** | | - | DATE INCURRED:  **04/2007**<br>NATURE OF LIEN:<br>**Conventional Real Estate Mortgage**<br>COLLATERAL:<br>**324 WoodBourne Ave**<br>REMARKS:<br><br>VALUE:            **$200,986.00** | | | | **$256,157.00** | **$55,171.00** |
| ACCT #: xxxxxxxxx1198<br><br>**M & T Bank**<br>**Attn: Bankruptcy**<br>**1100 Wehrle Dr  2nd Floor**<br>**Williamsville, NY 14221** | | - | DATE INCURRED:  **Various**<br>NATURE OF LIEN:<br>**Arrearage claim**<br>COLLATERAL:<br>**324 WoodBourne Ave**<br>REMARKS:<br><br>VALUE:            **$31,101.49** | | | | **$31,101.49** | |
| | | | | | | | | |

Subtotal (Total of this Page) >  **$313,964.49**   **$63,593.00**
Total (Use only on last page) >  **$313,964.49**   **$63,593.00**

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

03/13/2014 07:33:31pm

B6E (Official Form 6E) (04/13)

In re  **John A Doyle**                                    Case No. _____
                                                                              (If Known)


# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☑ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **John A Doyle**                                                      Case No. _____
                                                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Administrative allowances |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #:<br>**D. E. Houston Legal LLC**<br>**324 Main Street #285**<br>**Laurel, MD 20725** | | - | DATE INCURRED: **02/24/2014**<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | **$1,500.00** | **$1,500.00** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets             Subtotals (Totals of this page) >       | **$1,500.00** | **$1,500.00** | **$0.00** |

attached to Schedule of Creditors Holding Priority Claims

Total >                       | **$1,500.00** | | |
**(Use only on last page of the completed Schedule E.**
**Report also on the Summary of Schedules.)**

Totals >                   | | **$1,500.00** | **$0.00** |
**(Use only on last page of the completed Schedule E.**
**If applicable, report also on the Statistical Summary**
**of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re   **John A Doyle**                                    Case No. _____
                                                                          (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxx2220<br>**Bogman Inc**<br>**12301 Old Columbia Pike**<br>**Silver Spring, MD 20904** | | - | DATE INCURRED:  **04/25/2007**<br>CONSIDERATION:<br>**Conventional Real Estate Mortgage**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx5801<br>**Cap1/bstby**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED:  **11/24/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxx8433<br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **06/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxxxxxxx0015<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | | DATE INCURRED:  **09/2012**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $15,375.00 |
| ACCT #:  xxxxxxxxxxxxx0016<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | - | DATE INCURRED:  **01/2013**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $13,758.00 |
| ACCT #:  xxxxxxxxxxxxx0005<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | | DATE INCURRED:  **09/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $12,213.00 |

Subtotal >  $41,346.00

Total >

_____8_____ continuation sheets attached

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

03/13/2014 07:33:33pm

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Doyle**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxx0007<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | - | DATE INCURRED:  **09/2009**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $11,666.00 |
| ACCT #:  xxxxxxxxxxxxx0006<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | - | DATE INCURRED:  **09/2009**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $10,396.00 |
| ACCT #:  xxxxxxxxxxxxx0017<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | - | DATE INCURRED:  **09/2013**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $10,250.00 |
| ACCT #:  xxxxxxxxxxxxx0002<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | - | DATE INCURRED:  **03/1999**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $9,622.00 |
| ACCT #:  xxxxxxxxxxxxx0003<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | - | DATE INCURRED:  **03/1999**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $7,879.00 |
| ACCT #:  xxxxxxxxxxxxx0001<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | - | DATE INCURRED:  **09/2010**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $6,916.00 |

Sheet no. ___**1**___ of ___**8**___ continuation sheets attached to                                    Subtotal >         $56,729.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                          Total >
                              (Use only on last page of the completed Schedule F.)
                       (Report also on Summary of Schedules and, if applicable, on the
                          Statistical Summary of Certain Liabilities and Related Data.)

03/13/2014 07:33:33pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Doyle**                                  Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxxx0004<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | - | DATE INCURRED:  **09/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $5,896.00 |
| ACCT #:  xxxxxxxxxxxxx0014<br>**Fed Loan Serv**<br>**Po Box 69184**<br>**Harrisburg, PA 17106** | | - | DATE INCURRED:  **05/2012**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $5,302.00 |
| ACCT #:  xxxxxxxxxxxx2349<br>**First Premier Bank**<br>**601 S Minnesota Ave**<br>**Sioux Falls, SD 57104** | | - | DATE INCURRED:  **07/1999**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxx0508<br>**GECRB / HH Gregg**<br>**Attention:  Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **01/2000**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxx6206<br>**GECRB/JC Penny**<br>**Attention:  Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **05/1986**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxxxx1025<br>**GECRB/Lowes**<br>**Attn: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:  **11/1999**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $0.00 |

Sheet no. __**2**__ of __**8**__ continuation sheets attached to             Subtotal >     **$11,198.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                Total >
                                      (Use only on last page of the completed Schedule F.)
                                      (Report also on Summary of Schedules and, if applicable, on the
                                      Statistical Summary of Certain Liabilities and Related Data.)

03/13/2014 07:33:33pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Doyle**                                                    Case No. _____
                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxxxxxxx8597<br>**GECRB/Mens Wearhouse**<br>**Attn: bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA 30076** | | - | DATE INCURRED:   **12/19/2006**<br>CONSIDERATION:<br>**Charge Account**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxxxx1321<br>**Hsbc Bank**<br>**Po Box 30253**<br>**Salt Lake City, UT 84130** | | - | DATE INCURRED:   **03/2000**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxx9490<br>**Mbroi**<br>**1920 Greenspring D**<br>**Timonium, MD 21093** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $58.00 |
| ACCT #:   xxxxx3408<br>**Mbroi**<br>**1920 Greenspring D**<br>**Timonium, MD 21093** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxxxxxxxx3685<br>**Merrick Bk**<br>**Attn: Bankruptcy**<br>**P.O. Box 9201**<br>**Old Bethpage, NY 11804** | | - | DATE INCURRED:   **07/21/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxx4352<br>**Pentagroup Financial**<br>**5959 Corporate Dr.**<br>**Suite 1400**<br>**Houston, TX 77036** | | - | DATE INCURRED:   **08/2011**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $1,036.00 |

Sheet no. ___**3**___ of ___**8**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   | $1,094.00 |

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Doyle**                          Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx1749**<br>**Pentagroup Financial**<br>**5959 Corporate Dr.**<br>**Suite 1400**<br>**Houston, TX 77036** | | - | DATE INCURRED:  **09/2012**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $879.00 |
| ACCT #:<br>**Progressive Financial**<br>**1919 West Fairmount Drive Building 8**<br>**Tempe, AZ 85282** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | Unknown |
| ACCT #:  **xxxxxxxxxxxx9619**<br>**Prsm/cbna**<br>**Po Box 6497**<br>**Sioux Falls, SD 57117** | | - | DATE INCURRED:  **07/04/2004**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxxx70N1**<br>**R & R Prfssnl Recovery**<br>**1500 Reierstown Rd**<br>**Pikesville, MD 21282** | | - | DATE INCURRED:  **01/2010**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxxxxxxxxxx2382**<br>**Receivable Management**<br>**7206 Hull Street Rd Ste**<br>**North Chesterfield, VA 23235** | | - | DATE INCURRED:  **05/2012**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $0.00 |
| ACCT #:  **xxxxxxxxxxxxx1768**<br>**Receivable Management**<br>**7206 Hull Street Rd Ste**<br>**North Chesterfield, VA 23235** | | - | DATE INCURRED:  **01/2010**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $0.00 |

Sheet no. ___4___ of ___8___ continuation sheets attached to              **Subtotal >**   **$879.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

03/13/2014 07:33:33pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Doyle**                                    Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxxxxxx0658<br>**Sallie Mae**<br>**Po Box 9655**<br>**Wilkes Barre, PA 18773** | | - | DATE INCURRED:  **01/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$10,162.00** |
| ACCT #:   xxxxxxxxxxx0005<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **09/2005**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$0.00** |
| ACCT #:   xxxxxxxxxxx0003<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **10/2004**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$0.00** |
| ACCT #:   xxxxxxxxxxx0001<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **01/2003**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$0.00** |
| ACCT #:   xxxxxxxxxxx0002<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **10/2004**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$0.00** |
| ACCT #:   xxxxxxxxxxxxxxxxxxx0719<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **07/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | **$0.00** |

Sheet no. ___**5**___ of ___**8**___ continuation sheets attached to                                    Subtotal >     **$10,162.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                        Total >
                                                    (Use only on last page of the completed Schedule F.)
                                                (Report also on Summary of Schedules and, if applicable, on the
                                                    Statistical Summary of Certain Liabilities and Related Data.)

03/13/2014 07:33:33pm

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Doyle**                                     Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxxxxxx0004<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:   **09/2005**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxxxxxxxxxxxxxx0719<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:   **07/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxxxxxxx0002<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:   **10/2004**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxxxxxxxxxxxxxx0719<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:   **07/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxxxxxxx0004<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:   **09/2005**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxxxxxxxxxxxxxx0719<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:   **07/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |

Sheet no. ___**6**___ of ___**8**___ continuation sheets attached to                           Subtotal >                    $0.00

Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >

(Use only on last page of the completed Schedule F.)

(Report also on Summary of Schedules and, if applicable, on the

Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **John A Doyle**                                    Case No. _____

                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:   xxxxxxxxxxx0002<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **10/2004**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxxxxxxxxxxxxxx0719<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **07/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxxxxxxx0004<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **09/2005**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxxxxxxxxxxxxxx0719<br>**Sallie Mae**<br>**Attn: Claims Department**<br>**PO Box 9500**<br>**Wilkes-Barre, PA 18773** | | - | DATE INCURRED:  **07/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxx4914<br>**Us Dept Of Education**<br>**Attn: Bankruptcy**<br>**PO Box 16448**<br>**Saint Paul, MN 55116** | | - | DATE INCURRED:  **09/03/2009**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:   xxxxxx4913<br>**Us Dept Of Education**<br>**Attn: Bankruptcy**<br>**PO Box 16448**<br>**Saint Paul, MN 55116** | | - | DATE INCURRED:  **09/22/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |

Sheet no.  __7__  of  __8__  continuation sheets attached to                                    Subtotal >          **$0.00**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                    Total >

                               **(Use only on last page of the completed Schedule F.)**
                    **(Report also on Summary of Schedules and, if applicable, on the**
                         **Statistical Summary of Certain Liabilities and Related Data.)**

03/13/2014 07:33:33pm

B6F (Official Form 6F) (12/07) - Cont.

In re    **John A Doyle**                                          Case No. _____
                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx4912<br>**Us Dept Of Education**<br>**Attn: Bankruptcy**<br>**PO Box 16448**<br>**Saint Paul, MN 55116** | | - | DATE INCURRED:  **03/03/1999**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxx4913<br>**Us Dept Of Education**<br>**Attn: Bankruptcy**<br>**PO Box 16448**<br>**Saint Paul, MN 55116** | | - | DATE INCURRED:  **09/22/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxx4912<br>**Us Dept Of Education**<br>**Attn: Bankruptcy**<br>**PO Box 16448**<br>**Saint Paul, MN 55116** | | - | DATE INCURRED:  **03/03/1999**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxx4913<br>**Us Dept Of Education**<br>**Attn: Bankruptcy**<br>**PO Box 16448**<br>**Saint Paul, MN 55116** | | - | DATE INCURRED:  **09/22/2006**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| ACCT #:  xxxxxx4912<br>**Us Dept Of Education**<br>**Attn: Bankruptcy**<br>**PO Box 16448**<br>**Saint Paul, MN 55116** | | - | DATE INCURRED:  **03/03/1999**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $0.00 |
| | | | | | | | |

Sheet no. ____8____ of ____8____ continuation sheets attached to                                                    Subtotal >   $0.00
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >   **$121,408.00**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re  **John A Doyle**                                           Case No. _____
                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **All State**<br>1819 Electric Road SW<br>Roanoake VA 24018 | Car insurance<br>Contract to be ASSUMED |
| **AT &T**<br>c/o Bankruptcy<br>1801 Valley View Lane<br>Farmers Branch, TX 75234 | cell phone<br>Contract to be ASSUMED |
| **Baltimore Gas and Electric**<br>P.O. Box 13070<br>Philadelphia, PA 19101-3070 | Electric<br>Contract to be ASSUMED |
| **City of Baltimore**<br>P.O. Box 17535<br>Baltimore, Maryland 21297 | water Bill<br>Contract to be ASSUMED |
| **Comcast Corporation**<br>Comcast Center<br>1701 JFK Boulevard<br>Philadelphia, PA 19103 | cable/internet<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **John A Doyle**                                                                  Case No. _____

                                                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Verizon Wireless Bankruptcy Administrati**<br>500 Technology Drive<br>Suite 550<br>Weldon Spring,MO 63304 | phone<br>Contract to be ASSUMED |

03/13/2014 07:33:35pm

B6H (Official Form 6H) (12/07)

In re  **John A Doyle**                                          Case No. _____
                                                                          (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

03/13/2014 07:33:37pm

**Fill in this information to identify your case:**

Debtor 1      John              A              Doyle
              First Name        Middle Name    Last Name

Debtor 2
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the:   **DISTRICT OF MARYLAND**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
  chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income

12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:     Describe Employment

| | | | |
|---|---|---|---|
| 1. | Fill in your employment information. | | **Debtor 1** | **Debtor 2 or non-filing spouse** |

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | | |
| | **Employer's name** | American Sugar Refining | |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | 1 Federal Street<br>Number   Street | Number   Street |
| | | | |
| | | Yonkers          NY    10702<br>City          State   Zip Code | City          State   Zip Code |
| | **How long employed there?** | | |

## Part 2:     Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $5,180.30 | |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $5,180.30 | |

03/13/2014 07:33:37pm

Debtor 1 __John__ _____ __A__ _____ __Doyle__ _____     Case number (if known) _____
     First Name            Middle Name          Last Name

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ............................................................ ➔ | 4. | $5,180.30 | |
| **5.** | **List all payroll deductions:** | | | |
| | **5a. Tax, Medicare, and Social Security deductions** | 5a. | $1,200.69 | |
| | **5b. Mandatory contributions for retirement plans** | 5b. | $0.00 | |
| | **5c. Voluntary contributions for retirement plans** | 5c. | $203.16 | |
| | **5d. Required repayments of retirement fund loans** | 5d. | $34.18 | |
| | **5e. Insurance** | 5e. | $129.22 | |
| | **5f. Domestic support obligations** | 5f. | $0.00 | |
| | **5g. Union dues** | 5g. | $0.00 | |
| | **5h. Other deductions.** | | | |
| | Specify: _____ | 5h.+ | $0.00 | |
| **6.** | **Add the payroll deductions.**  Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | $1,567.25 | |
| **7.** | **Calculate total monthly take-home pay.**  Subtract line 6 from line 4. | 7. | $3,613.05 | |
| **8.** | **List all other income regularly received:** | | | |
| | **8a. Net income from rental property and from operating a business, profession, or farm** | 8a. | $0.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| | **8b. Interest and dividends** | 8b. | $0.00 | |
| | **8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive** | 8c. | $0.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| | **8d. Unemployment compensation** | 8d. | $0.00 | |
| | **8e. Social Security** | 8e. | $0.00 | |
| | **8f. Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) or any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $0.00 | |
| | **8g. Pension or retirement income** | 8g. | $0.00 | |
| | **8h. Other monthly income.** | | | |
| | Specify: _____ | 8h.+ | $0.00 | |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $0.00 | |
| **10.** | **Calculate monthly income.**  Add line 7 + line 9.  Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $3,613.05 + | = $3,613.05 |
| **11.** | **State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. | | | |
| | Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J. | | | |
| | Specify: _____ | 11. + | $0.00 | |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies. | 12. | $3,613.05 **Combined monthly income** | |

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:  **Possible Basement renter**

| **Fill in this information to identify your case:** |
|---|

| Debtor 1 | John | A | Doyle |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 (Spouse, if filing) | | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF MARYLAND**

Case number (if known) _____

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

## Schedule J: Your Expenses                                                  12/13

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach another sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

### Part 1:    Describe Your Household

1.   **Is this a joint case?**

☑ No.  Go to line 2.
☐ Yes.  **Does Debtor 2 live in a separate household?**
          ☐ No
          ☐ Yes.  Debtor 2 must file a separate Schedule J.

2.   **Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☑ No
☐ Yes.  Fill out this information for each dependent..................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3.   **Do your expenses include expenses of people other than yourself and your dependents?**

☑ No
☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed.  If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I.)

**Your expenses**

4.   **The rental or home ownership expenses for your residence.**        4.   _____ **$1,833.00**
Include first mortgage payments and any rent for the ground or lot.

If not included in line 4:

4a.   Real estate taxes                                                                    4a.   _____

4b.   Property, homeowner's, or renter's insurance                          4b.   _____

4c.   Home maintenance, repair, and upkeep expenses                    4c.   _____

4d.   Homeowner's association or condominium dues                       4d.   _____

Debtor 1    John                          A                    Doyle                          Case number (if known) _____
             First Name              Middle Name           Last Name

**Your expenses**

| | | |
|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. _____ |
| 6. | **Utilities:** | |
| | 6a.  Electricity, heat, natural gas | 6a. _____ **$105.00** |
| | 6b.  Water, sewer, garbage collection | 6b. _____ **$35.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. _____ **$152.00** |
| | 6d.  Other.  Specify:  __cell phone__ | 6d. _____ **$95.00** |
| 7. | **Food and housekeeping supplies** | 7. _____ **$220.00** |
| 8. | **Childcare and children's education costs** | 8. _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. _____ **$30.00** |
| 10. | **Personal care products and services** | 10. _____ |
| 11. | **Medical and dental expenses** | 11. _____ **$50.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. _____ **$180.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. _____ |
| 14. | **Charitable contributions and religious donations** | 14. _____ |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | |
| | 15a.  Life insurance | 15a. _____ |
| | 15b.  Health insurance | 15b. _____ |
| | 15c.  Vehicle insurance | 15c. _____ **$111.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. _____ |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. _____ |
| 17. | **Installment or lease payments:** | |
| | 17a.  Car payments for Vehicle 1 | 17a. _____ **$537.68** |
| | 17b.  Car payments for Vehicle 2 | 17b. _____ |
| | 17c.  Other.  Specify: _____ | 17c. _____ |
| | 17d.  Other.  Specify: _____ | 17d. _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. _____ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | |
| | 20a.  Mortgages on other property | 20a. _____ |
| | 20b.  Real estate taxes | 20b. _____ |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. _____ |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. _____ |
| | 20e.  Homeowner's association or condominium dues | 20e. _____ |

Debtor 1   **John**                    **A**                    **Doyle**                                   Case number (if known) _____
          First Name            Middle Name            Last Name

**21.  Other.**  Specify: _____          21.  **+** _____

**22.  Your monthly expenses.**   Add lines 4 through 21.                    22.         $3,348.68
      The result is your monthly expenses.

**23.  Calculate your monthly net income.**

   23a.  Copy line 12 (your combined monthly income) from Schedule I.       23a.        $3,613.05

   23b.  Copy your monthly expenses from line 22 above.                      23b.  **–**  $3,348.68

   23c.  Subtract your monthly expenses from your monthly income.            23c.         $264.37
         The result is your monthly net income.

**24.  Do you expect an increase or decrease in your expenses within the year after you file this form?**

      For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
      payment to increase or decrease because of a modification to the terms of your mortgage?

      ☑ No.
      ☐ Yes.   Explain here:
               **None.**